IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Childs, William E

Printed: 03/10/09

Case Number:  06 B 16387
Judge:  Goldgar, A. Benjamin
Filed:  12/12/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 18, 2008
Confirmed:  June 5, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 8,080.00 |  |
| Secured: |  | 7,261.95 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 374.00 |
| Trustee Fee: |  | 433.48 |
| Other Funds: |  | 10.57 |
| Totals: | 8,080.00 | 8,080.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Melvin J Kaplan Esq | Administrative | 374.00 | 374.00 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | Great American Finance Company | Secured | 0.00 | 0.00 |
| 4. | Maron Electronicc Switching | Secured | 6,374.00 | 770.00 |
| 5. | Village of Flossmoor | Secured | 254.00 | 60.00 |
| 6. | HomEq Servicing Corp | Secured | 47,539.00 | 6,431.95 |
| 7. | ECast Settlement Corp | Unsecured | 257.32 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 1,150.00 | 0.00 |
| 9. | Jefferson Capital | Unsecured | 978.30 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 1,048.80 | 0.00 |
| 11. | Capital One | Unsecured | 1,866.33 | 0.00 |
| 12. | Shurgard | Unsecured | 235.00 | 0.00 |
| 13. | Merrick Bank | Unsecured | 740.05 | 0.00 |
| 14. | Cingular Wireless | Unsecured |  | No Claim Filed |
| 15. | American Express | Unsecured |  | No Claim Filed |
| 16. | Rush University | Unsecured |  | No Claim Filed |
| 17. | Emergency Healthcare Physicians | Unsecured |  | No Claim Filed |
| 18. | First National Bank | Unsecured |  | No Claim Filed |
| 19. | St James Hospital | Unsecured |  | No Claim Filed |
| 20. | Portfolio Management LLC | Unsecured |  | No Claim Filed |
| 21. | St James Hospital | Unsecured |  | No Claim Filed |
| 22. | Rush University | Unsecured |  | No Claim Filed |
| 23. | Providian | Unsecured |  | No Claim Filed |
| 24. | Verizon Wireless | Unsecured |  | No Claim Filed |
| 25. | Nicor Gas | Unsecured |  | No Claim Filed |
| 26. | Verizon Wireless | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Childs, William E | Case Number: 06 B 16387 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 03/10/09 | Filed: 12/12/06 |

### DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| | | $ 60,816.80 | $ 7,635.95 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 18.15 |
| 5.4% | 415.33 |
| | $ 433.48 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: